# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 31, 2019

## NO. 03-18-00434-CV

**Wichita County, Texas, Appellant**

**v.**

**Environmental Engineering & Geotechnics, Inc., Appellee**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, TRIANA
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE TRIANA;
CONCURRING AND DISSENTING OPINION BY JUSTICE GOODWIN**

This is an appeal from the order signed by the district court on June 21, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, this Court: affirms the portion of the district court's order directing Wichita County to pay Environmental Engineering & Geotechnics, Inc.'s (EEG's) scanning expense totaling $3,711.39; reverses the portion of the district court's order directing the County to pay EEG $92.50 and renders judgment that EEG take nothing for the block-billed time spent prior to April 25, 2018; and reverses the remaining portion of the district court's order directing the County to pay EEG $7,480.00 for the executives' block-billed time. We remand this cause

for further proceedings consistent with this Court's opinion.  Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.